# Court of Appeals
# of the State of Georgia

ATLANTA, December 03, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0487.  TYRONE TRIGGER, et al. v. 1H2 PROPERTY GEORGIA LP.**

This case originated as a dispossessory proceeding in magistrate court.  After an adverse ruling, defendants Tyrone Trigger and Portia Trigger appealed the magistrate court's decision to the superior court.  The superior court issued a writ of possession in favor of the plaintiff.  The Triggers have now appealed the superior court's ruling directly to this Court.  We lack jurisdiction.

Because the order at issue concerns a de novo appeal from a magistrate court decision, the applicants were required to follow the discretionary appeal procedures.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Their failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 12/03/2013
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*